**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| OSSEO IMAGING, LLC,<br><br>        Plaintiff,<br><br>   v.<br><br>PLANMECA USA, INC.,<br><br>        Defendant. | C.A. No. 17-1386-LPS-CJB |

**UNOPPOSED MOTION TO EXTEND TIME**

Plaintiff Osseo Imaging, LLC, by and through its undersigned counsel, respectfully moves to extend the deadline for defendant Planmeca USA, Inc., to move, answer, or otherwise respond to the Complaint in this action until January 2, 2018.

Dated: October 30, 2017

OF COUNSEL:

Seth H. Ostrow
Jeffrey P. Weingart
Antonio Papageorgiou
Matthew H. Chung
MEISTER SEELIG & FEIN LLP
125 Park Avenue, 7th Floor
New York, NY 10017
(212) 655-3500
sho@msf-law.com
jpw@msf-law.com
ap@msf-law.com
mhc@msf-law.com

BAYARD, P.A.

/s/ Stephen B. Brauerman
Stephen B. Brauerman (No. 4952)
Sara E. Bussiere (No. 5725)
600 North King Street, Suite 400
P.O. Box 25130
Wilmington, Delaware 19801
(302) 655-5000
sbrauerman@bayardlaw.com
sbussiere@bayardlaw.com

*Attorneys for Plaintiff
Osseo Imaging, LLC*

IT IS SO ORDERED this _____ day of _____, 2017.

_____
The Honorable Leonard P. Stark
Chief United States District Judge