# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OSSEO IMAGING, LLC,<br><br>Plaintiff,<br><br>v.<br><br>PLANMECA USA, INC.,<br><br>Defendant. | **Civil Action No.** 1:17-cv-01386-LPS-CJB |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on March 14, 2018, copies of (1) **Plaintiff Osseo Imaging, LLC's Disclosure of Accused Products and Damages Model** and (2) this **Notice of Service** were served on the following counsel via electronic mail:

Jack B. Blumenfeld
Michael J. Flynn
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899
jblumenfeld@mnat.com
mflynn@mnat.com

Wasif H. Qureshi
Leisa T. Peschel
JACKSON WALKER LLP
1401 McKinney, Suite 1900
Houston, TX 77010
wqureshi@jw.com
lpeschel@jw.com

| | |
|---|---|
| DATED: March 14, 2018 | **BAYARD, P.A.** |
| OF COUNSEL: | */s/ Stephen B. Brauerman* |
| Seth H. Ostrow | Stephen B. Brauerman (#4952) |
| Jeffrey P. Weingart | Sara E. Bussiere (#5725) |
| Antonio Papageorgiou | 600 N. King Street, Suite 400 |
| **MEISTER SEELIG & FEIN LLP** | Wilmington, DE 19801 |
| 125 Park Avenue, 7th Floor | (302) 655-5000 |
| New York, NY 10017 | sbrauerman@bayardlaw.com |
| Telephone: (212) 655-3500 | sbussiere@bayardlaw.com |
| Facsimile: (646) 682-9222 | |
| sho@msf-law.com | *Attorneys for Plaintiff* |
| jpw@msf-law.com | *Osseo Imaging, LLC* |
| ap@msf-law.com | |