## MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE 19899-1347

(302) 658-9200
(302) 658-3989 FAX

MICHAEL J. FLYNN
(302) 351-9661
mflynn@mnat.com

September 2, 2020

The Honorable Leonard P. Stark	*VIA ELECTRONIC FILING*
United States District Court
 for the District of Delaware
844 North King Street
Wilmington, DE 19801

Re: *Osseo Imaging, LLC v. Planmeca USA Inc.*, C.A. No. 17-1386 (LPS) (CJB)

Dear Chief Judge Stark:

I write on behalf of the parties in this matter to respectfully request that the Court postpone the pre-trial and trial dates due to continuing complications resulting from the coronavirus pandemic. A pretrial conference is currently set for October 1, 2020, and a 5-day jury trial is set to begin on October 16, 2020. *See* D.I. 148.

In addition to concerns about the safety and practicality of conducting a jury trial under the current circumstances, travel by co-counsel and witnesses remains a significant concern. Osseo's lead counsel is in New York, and Planmeca's lead counsel is in Texas. Further, in particular, Planmeca's representatives, inlcuding its primary technical witness, are in Finland and currently face travel restrictions to the United States. The CDC lists the United States and Finland as having "high" COVID-19 risk.

Accordingly, the parties respectfully request that the pre-trial conference and trial be rescheduled for spring or summer 2021 as the Court's schedule permits. This continuance will also allow the Court additional time to resolve the pending summary judgment and *Daubert* motions heard by the Court on January 8, 2020. *See* D.I. 92, 94, 96, 98, 100, and 103.

Counsel are available at the Court's convenience if Your Honor would like to discuss this request.

Respectfully,

/s/ *Michael J. Flynn*

Michael J. Flynn (#5333)

cc:	All Counsel of Record (Via Electronic Mail)