# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

(302) 658-9200

**Michael J. Flynn**
(302) 351-9661
mflynn@morrisnichols.com

June 10, 2021

The Honorable Leonard P. Stark                               *VIA ELECTRONIC FILING*
United States District Court
  for the District of Delaware
844 North King Street
Wilmington, DE 19801

      Re: *Osseo Imaging, LLC v. Planmeca USA Inc.*, C.A. No. 17-1386 (LPS) (CJB)

Dear Chief Judge Stark:

      I write on behalf of Defendant Planmeca in the referenced case to apprise the Court of complications our client is experiencing in regard to arranging travel from Finland to the United States for the trial, which is currently set to begin on July 19, 2021.[1]

      Our best information at this time is that President Biden's Presidential Proclamation 10143 issued January 25, 2021 remains in effect and generally prohibits non-U.S. citizens from traveling from Finland to the United States.[2] We further understand that this Proclamation supersedes any contrary CDC guidance.

      At trial, Planmeca intends to call its corporate technical witness Timo Müller, who lives and works in Finland. Additionally, at least one Planmeca in-house counsel from Finland having responsibility for this case intends to attend and supervise the trial. However, due to the referenced travel restrictions, these Planmeca employees in Finland currently cannot travel to the United States absent special exception.[3]

      In view of the above, Planmeca respectfully requests that the trial be moved to sometime later this year based on the Court's availability, by which time Planmeca hopes that travel

---

[1] Planmeca USA Inc. is the U.S. sales division of Planmeca Oy based in Finland. Overall corporate management and decision making (including as to this case) and product research and development occur at Planmeca Oy.

[2] https://www.whitehouse.gov/briefing-room/presidential-actions/2021/01/25/proclamation-on-the-suspension-of-entry-as-immigrants-and-non-immigrants-of-certain-additional-persons-who-pose-a-risk-of-transmitting-coronavirus-disease/

[3] https://fi.usembassy.gov/visas/ ("Most non-immigrant travel to the United States by residents and citizens of Finland is prohibited through Presidential Proclamation 10143. As such, routine non-immigrant visa services are currently suspended.").

The Honorable Leonard P. Stark
June 10, 2021
Page 2

restrictions from Finland to the United States will be lifted or at least be lessened to enable our Finnish client representatives to confirm travel into the United States.

  We have spoken by phone with Osseo's counsel about the travel impediments attendant with a July trial. We understand that while Osseo prefers that the trial proceed in July as scheduled, with Mr. Müller testifying by video if necessary, Osseo is not opposed to a postponement of the trial due to travel restrictions outside of Planmeca's control, provided the Court is able to reschedule the trial for later this year and that the trial proceed on that rescheduled date regardless of whether these travel restrictions are resolved by then. However, if rescheduling the trial will result in a delay of more than six months, Osseo opposes the postponement.

  Counsel is available to discuss this request at the Court's convenience.

         Respectfully,

         Michael J. Flynn (#5333)

cc: All Counsel of Record (Via Electronic Mail)