# Morris, Nichols, Arsht & Tunnell llp

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

(302) 658-9200

**Michael J. Flynn**
(302) 351-9661
mflynn@morrisnichols.com

September 15, 2021

The Honorable Leonard P. Stark  *VIA ELECTRONIC FILING*
United States District Court
 for the District of Delaware
844 North King Street
Wilmington, DE 19801

      Re:   *Osseo Imaging, LLC v. Planmeca USA Inc.*, C.A. No. 17-1386 (LPS) (CJB)

Dear Judge Stark:

    I write on behalf of Planmeca in regard to the current October 25, 2021 trial date in the referenced case.

    While the parties and their counsel have been diligently working on pre-trial disclosures and trial preparation to be ready for trial on October 25, 2021, restrictions on travel from Finland into the United States remain in place with no indication that they will be relaxed in October. *See* Ex. A, https://www.cdc.gov/coronavirus/2019-ncov/travelers/from-other-countries.html (CDC relying on President Biden's Presidential Proclamations to restrict non-citizen entry from Finland); Ex. B, https://fi.usembassy.gov/visas/ ("Most non-immigrant travel to the United States by residents and citizens of Finland is prohibited through Presidential Proclamation 10143. As such, routine non-immigrant visa services are currently suspended.").

    Thus, it appears unlikely that Planmeca's corporate technical witness Timo Müller and in-house legal personnel would be able to travel from Finland to the United States to participate in person and supervise an October 2021 trial.[1]

    Planmeca apprised Osseo of these current travel restrictions, and upon further discussion by phone between lead counsel for Planmeca and Osseo, Osseo has informed Planmeca that, while Osseo can and will be ready to proceed with trial in October 2021 as scheduled, it will not oppose Planmeca's request here to continue the trial date based on the Court's availability, preferably to another date within six months of the current trial date.

    Counsel is available to discuss this request should the Court wish.

---

[1] Planmeca USA Inc. is the U.S. sales division of Planmeca Oy based in Finland. Overall corporate management and decision making (including as to this case) and product research and development occur at Planmeca Oy.

The Honorable Leonard P. Stark
September 15, 2021
Page 2

                                              Respectfully,

                                              */s/ Michael J. Flynn*

                                              Michael J. Flynn (#5333)

MJF:lo
Attachments
cc:     Clerk of the Court (Via CM/ECF)
          All Counsel of Record (Via Electronic Mail)